1 | DUANE MORRIS LLP
Karineh Khachatourian (CA SBN 202634)
2 | kkhachatourian@duanemorris.com
Patrick S. Salceda (CA SBN 247978)
3 | psalceda@duanemorris.com
490 S. California Avenue, Ste. 200
4 | Palo Alto, CA 94306-2068
Telephone: 650.847.4150
5 | Facsimile: 650.847.4151

6 | DUANE MORRIS LLP
L. Norwood Jameson (GA SBN 003970)
7 | wjameson@duanemorris.com
Matthew C. Gaudet (GA SBN 287759)
8 | mcgaudet@duanemorris.com
Jennifer H. Forte (GA SBN 940650)
9 | jhforte@duanemorris.com
1075 Peachtree Street, Ste. 2000
10 | Atlanta, GA 30309
Telephone: 404.253.6901
11 | Facsimile: 404.253.6901

12 | DUANE MORRIS LLP
Joseph A. Powers (PA SBN 84590)
13 | japowers@duanemorris.com
Jarrad M. Gunther (PA SBN 207038)
14 | jmgunther@duanemorris.com
30 South 17th Street
15 | Philadelphia, PA 19103
Telephone: 215.979.1000
16 | Facsimile: 215.979.1020

17 | Attorneys for Defendant and Counterclaims-Plaintiff
NETAPP, INC.

18 |

19 | **UNITED STATES DISTRICT COURT**

20 | **NORTHERN DISTRICT OF CALIFORNIA**

21 | **SAN JOSE DIVISION**

22 | PERSONALWEB TECHNOLOGIES, LLC and
LEVEL 3 COMMUNICATIONS, LLC,
23 | 

Case No. 5:13-cv-01359-EJD

**[PROPOSED] ORDER
GRANTING MOTION FOR
ADMINISTRATIVE RELIEF
FOR TELEPHONIC
APPEARANCE**

**[CIV. L.R. 7-11]**

Plaintiffs,

24 | 

25 | v.

NETAPP, INC.

26 | 

Defendant.

27 |

28 |

1    Before the Court is Defendant and Counterclaims-Plaintiff NetApp, Inc.'s Motion for

2  Administrative Relief for Telephonic Appearance by Counsel Matthew C. Gaudet of Duane Morris

3  LLP at the Case Management Conference calendared for November 1, 2013 at 10:00 a.m.  Having

4  considered the matter, the Court **GRANTS** the request.   Counsel shall arrange for a telephonic
   appearance through CourtCall.
5          **IT IS SO ORDERED.**

6
   Dated:   October 28 , 2013
7

8

9                                          Honorable Edward J. Davila
                                           United States District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-