| | |
|---|---|
| 1 | DUANE MORRIS LLP |
| | Karineh Khachatourian (CA SBN 202634) |
| 2 | kkhachatourian@duanemorris.com |
| | Patrick S. Salceda (CA SBN 247978) |
| 3 | psalceda@duanemorris.com |
| | 490 S. California Avenue, Ste. 200 |
| 4 | Palo Alto, CA  94306-2068 |
| | Telephone: 650.847.4150 |
| 5 | Facsimile: 650.847.4151 |
| 6 | DUANE MORRIS LLP |
| | L. Norwood Jameson (GA SBN 003970) |
| 7 | wjameson@duanemorris.com |
| | Matthew C. Gaudet (GA SBN 287759) |
| 8 | mcgaudet@duanemorris.com |
| | Jennifer H. Forte (GA SBN 940650) |
| 9 | jhforte@duanemorris.com |
| | 1075 Peachtree Street, Ste. 2000 |
| 10 | Atlanta, GA  30309 |
| | Telephone: 404.253.6901 |
| 11 | Facsimile: 404.253.6901 |
| 12 | DUANE MORRIS LLP |
| | Joseph A. Powers (PA SBN 84590) |
| 13 | japowers@duanemorris.com |
| | Jarrad M. Gunther (PA SBN 207038) |
| 14 | jmgunther@duanemorris.com |
| | 30 South 17th Street |
| 15 | Philadelphia, PA  19103 |
| | Telephone: 215.979.1000 |
| 16 | Facsimile: 215.979.1020 |
| 17 | Attorneys for Defendant and Counterclaims-Plaintiff |
| | NETAPP, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC, <br><br>                 Plaintiffs, <br>     v. <br> NETAPP, INC. <br><br>                 Defendant. | Case No. 5:13-cv-01359-EJD <br><br> **[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF FOR TELEPHONIC APPEARANCE** <br><br> **[CIV. L.R. 7-11]** |

Before the Court is Defendant and Counterclaims-Plaintiff NetApp, Inc.'s Motion for Administrative Relief for Telephonic Appearance by Counsel Matthew C. Gaudet of Duane Morris LLP at the Case Management Conference calendared for November 1, 2013 at 10:00 a.m.  Having considered the matter, the Court **GRANTS** the request.   Counsel shall arrange for a telephonic appearance through CourtCall.

**IT IS SO ORDERED.**

Dated:   October 28, 2013

_____
Honorable Edward J. Davila
United States District Judge

-1-
[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF FOR TELEPHONIC APPEARANCE OF COUNSEL
CASE NO. 5:13-CV-01359-EJD