DUANE MORRIS LLP
Karineh Khachatourian (CA SBN 202634)
kkhachatourian@duanemorris.com
Patrick S. Salceda (CA SBN 247978)
psalceda@duanemorris.com
2475 Hanover Street
Palo Alto, CA  94304-1194
Telephone: 650.847.4150
Facsimile: 650.847.4151

DUANE MORRIS LLP
L. Norwood Jameson (GA SBN 003970)
wjameson@duanemorris.com
Matthew C. Gaudet (GA SBN 287759)
mcgaudet@duanemorris.com
Jennifer H. Forte (GA SBN 940650)
jhforte@duanemorris.com
1075 Peachtree Street, Ste. 2000
Atlanta, GA  30309
Telephone: 404.253.6901
Facsimile: 404.253.6901

DUANE MORRIS LLP
Joseph A. Powers (PA SBN 84590)
japowers@duanemorris.com
Jarrad M. Gunther (PA SBN 207038)
jmgunther@duanemorris.com
30 South 17th Street
Philadelphia, PA  19103
Telephone: 215.979.1000
Facsimile: 215.979.1020

Attorneys for Defendant and Counterclaim-Plaintiff NETAPP, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>NETAPP, INC.<br><br>                    Defendant. | Case No. 5:13-cv-1359-EJD<br><br>**STATEMENT OF RECENT DECISION BY USPTO REJECTING CLAIM 35 OF U.S. PATENT NO. 5,978,791**<br>Hon. Edward J. Davila<br><br>Hearing Date: 01/10/2014<br><br>Time: 9:00 a.m.<br><br>Courtroom: Fifth Floor, Courtroom 4 |

1  Pursuant to Local Rule 7-3(d), Defendant NetApp, Inc. ("NetApp") brings to the Court's attention the Office Action in the *Ex Parte* Reexamination of claim 35 of U.S. Patent No. 5,978,791 (the "'791 Patent") issued by the United States Patent and Trademark Office ("USPTO") on December 6, 2013 rejecting Claim 35 of the '791 Patent. This is relevant to NetApp's Motion to Stay Pending *Ex Parte* Reexamination and *Inter Partes* Review (Dkt. No. 7), which is currently pending before this Court.

The Office Action, attached hereto as Exhibit A, addresses the *ex parte* reexamination of claim 35 of the '791 Patent. The USPTO has now rejected Claim 35 under 35 U.S.C. 102(a) or (e) as being anticipated by U.S. Patent No. 5,649,196, issued to Woodhill, et al. on July 15, 1997.

The remaining four claims asserted against NetApp are the subject of the ongoing *inter partes* review filed by EMC Corporation and VMWare, Inc. ("EMC IPR"). The final hearing on EMC's IPR was held on December 16, 2013.

Respectfully submitted,

DUANE MORRIS LLP

Dated: December 19, 2013    By:   */s/ Patrick S. Salceda*
                                  Karineh Khachatourian
                                  Patrick S. Salceda
                                  L. Norwood Jameson
                                  Matthew C. Gaudet
                                  Jennifer H. Forte
                                  Joseph A. Powers
                                  Jarrad M. Gunther

                                  Attorneys for Defendant and Counterclaim-Plaintiff NETAPP, INC.